Russell J. Rohlfing
Attorney at Law: 362759
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: russell.rohlfing@rohlfinglaw.com

Attorneys for Plaintiff
Robin Ivy

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

ROBIN IVY,

        Plaintiff,

    vs.

FRANK BISIGNANO,
Commissioner of Social Security,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.:  2:25-cv-02496-JDP

STIPULATION AND ~~PROPOSED~~
ORDER FOR THE AWARD AND
PAYMENT OF ATTORNEY FEES
AND EXPENSES PURSUANT TO
THE EQUAL ACCESS TO JUSTICE
ACT, 28 U.S.C. § 2412(d) AND
COSTS PURSUANT TO 28 U.S.C. §§
1920; 2412; DECLARATION OF
RUSSELL J. ROHLFING

TO THE HONORABLE JEREMY D. PETERSON, MAGISTRATE

JUDGE OF THE UNITED STATES DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their

undersigned counsel, subject to the approval of the Court, that Robin Ivy ("Ivy")

be awarded attorney fees and expenses in the amount of three thousand three

hundred forty-five dollars ($3,345.00) under the Equal Access to Justice Act

(EAJA), 28 U.S.C. § 2412(d), and costs in the amount of four hundred five dollars

($405.00) under 28 U.S.C. §§ 1920; 2412.  These amounts represent compensation

-1-

for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412.

After the Court issues an order for EAJA fees to Ivy, the government will consider the matter of Ivy's assignment of EAJA fees to Russell J. Rohlfing.  The retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Ivy, but if the Department of the Treasury determines that Ivy does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, Inc., CPC, pursuant to the assignment executed by Ivy.[1] Any payments may be made by check or electronic fund transfer (EFT) and shall be delivered to the Law offices of Lawrence D. Rohlfing, Inc.

This stipulation constitutes a compromise settlement of Ivy's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Ivy and/or Russell J. Rohlfing including Law Offices of Lawrence D. Rohlfing, Inc., CPC may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Russell J. Rohlfing and/or the Law Offices of Lawrence D. Rohlfing, Inc., CPC to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), su

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

[1] Counsel for the plaintiff attests that all other signator bject to the savings clause provisions of the EAJA.

DATE: March 6, 2026          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/  *Russell J. Rohlfing*[2]

BY: _____
Russell J. Rohlfing
Attorney for plaintiff Robin Ivy

DATED: March 6, 2026          ERIC GRANT
United States Attorney

/s/ *Marcelo N. Illarmo*

_____
MARCELO N. ILLARMO
Special Assistant United States Attorney
Attorneys for Defendant
FRANK BISIGNANO, Commissioner of Social
Security (Per e-mail authorization)

[2] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

-3-

**ORDER**

Approved and so ordered. Robin Ivy is awarded attorney fees and expenses in the amount of three thousand three hundred forty-five dollars ($3,345.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. §§ 1920; 2412 pursuant to the terms of the stipulation.

IT IS SO ORDERED.

Dated:    April 8, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

-4-

**DECLARATION OF RUSSELL J. ROHLFING**

I, Russell J. Rohlfing, declare as follows:

1. I am an attorney at law duly admitted to practice before this Court in this case. I represent Robin Ivy in this action. I make this declaration of my own knowledge and belief.

2. I attach as exhibit 1 a true and correct copy of the itemization of time in this matter.

3. I attach as exhibit 2 a true and correct copy of the retainer agreement with Robin Ivy containing an assignment of the EAJA fees.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this March 6, 2026, at Santa Fe Springs, California.


/s/ *Russell J. Rohlfing*

_____

Russell J. Rohlfing

-5-

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 12631 East Imperial Highway, Suite C-115, Santa Fe Springs, California  90670.

On this day of March 18, 2026, I served the foregoing document described as STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Ms. Robin Ivy
9568 Enchantment Ln.
Stockton, CA 95209

I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Santa Fe Springs, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare that I am employed in the office of a member of this court at whose direction the service was made.

Russell J. Rohlfing ___          /S/ *Russell J. Rohlfing*_____
TYPE OR PRINT NAME                      SIGNATURE